```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **BEEMAC, INC.,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 24-00391-JB-B |
| **GLASS AMERICA LLC,** *et al.*, | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the amended report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated November 4, 2025 (Doc. 132) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff Beemac, Inc.'s motion to dismiss Third-Party Defendant Blake W. Johnson's purported crossclaims (Doc. 109) is **GRANTED.**

**DONE and ORDERED** this 1st day of December, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE

Case 1:24-cv-00391-JB-B    Doc# 134    Filed 12/01/25    Page 2 of 2    PageID# 401